UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| KRIS K. McSORLEY, ) | |
| ) | |
| Plaintiff, ) | 3:06-cv-00067-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| NORTHERN NEVADA CORRECTIONAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

It appearing that Plaintiff filed Notices of Appeal (Doc. ## 25 and 40) on May 23, 2006, and August 14, 2006, respectively, of Magistrate Judge's March 24, 2006, Order (Doc #10) denying plaintiff's motion for appointment of counsel (Doc. #8). There being no procedure allowing for an appeal of a Magistrate Judge decision on a motion for appointment of counsel, and any objection to a Magistrate Judge's motion must be filed within ten (10) days of entry of the Order, Plaintiff's Notices of Appeal, more properly construed as request for review of Magistrate Judge decision, (Doc. ## 25 and 40) are hereby denied and dismissed.

IT IS SO ORDERED.

DATED this 28th day of August, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE