# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KRIS K. MCSORLEY, | ) | 3:06-CV-0067-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 6, 2006 |
| NORTHERN NEVADA CORRECTIONAL CENTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Obtain Certificate of Appealability (Doc. #52). It appears that Plaintiff has filed two Notices of Appeal (Doc. No. 39 and 43). No certificate of appealability is required for these appeals.

Plaintiff's Motion to Obtain Certificate of Appealability (Doc. #52) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
                    Deputy Clerk