# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRIS K. MCSORLEY, ) | 3:06-CV-0067-LRH (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | October 6, 2006 |
| ) | |
| NORTHERN NEVADA ) | |
| CORRECTIONAL CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion Requesting Court Reporter's Transcripts at Governments Expense (Doc. #51).  There is no court reporter's transcript in this case.

Plaintiff's Motion Requesting Court Reporter's Transcripts at Governments Expense (Doc. #51) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
     Deputy Clerk