1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                  * * * * *

9   KRIS K. McSORLEY,                    )
                                         )
10                      Plaintiff,       )          3:06-CV-00067-LRH (RAM)
                                         )
11  v.                                   )
                                         )          O R D E R
12  JOHNS, et al.,                       )
                                         )
13                      Defendants.      )
    _____      )

14

15         Before this Court is Report and Recommendation of U.S. Magistrate Robert A. McQuaid,

16  Jr. (Doc. #65) entered on April 4, 2007, recommending granting Defendants' Motion for Summary

17  Judgment (Doc. #33) filed on March 15, 2007, Plaintiff filed his (Amended) Objection to U.S.

18  Magistrates Report and Recommendation, the Courts Second Submission (Doc. #68) on April 19,

19  2007, and Defendants filed their Response to Plaintiff's (Amended) Objection to U.S. Magistrates

20  Report and Recommendation on April 30, 2007 (Doc. #71), pursuant to 28 U.S.C. § 636(b)(1) and

21  Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of

22  Nevada.

23         The Court has conducted its *de novo* review in this case, has fully considered the objections

24  of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

25  pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate

26  Judge's Report and Recommendation (Doc. #65) entered on April 4, 2007, should be adopted and

1    accepted.

2           IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

3    (Doc. #65) entered on April 4, 2007, is adopted and accepted, and Defendant's Motion for Summary

4    Judgment (#33) is GRANTED.  The Clerk of the Court shall enter judgment accordingly.

5           IT IS SO ORDERED.

6           DATED this 28th day of June, 2007.

7

8

9                                              _____

10                                             LARRY R. HICKS
                                               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                             2